UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DERRICK ALLEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A** |
| v. ) | **CIVIL CASE** |
| ) | **CASE NO. 5:22-CV-464-D-RN** |
| EQUAL EMPLOYMENT OPPORTUNITY ) | |
| COMMISSION, GLORY GERVACIO, ) | |
| MELINDA DUGAS, JOHNIE BARRETT, and ) | |
| MICHAEL D. KIRKLAND, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court has reviewed the record and ADOPTS the conclusions in the M&R [D.E. 8], GRANTS plaintiff's motion to proceed in forma pauperis [D.E. 1], and DISMISSES WITH PREJUDICE plaintiff's complaint for failure to state a claim [D.E. 1-1].

**This Judgment Filed and Entered on February 13, 2023, and Copies To:**

Derrick Allen (via CM/ECF electronic notification)

DATE: PETER A. MOORE, JR., CLERK

February 13, 2023 (By) /s/ Nicole Sellers

Deputy Clerk